UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANI NURU SHERMAN | CIVIL ACTION |
| VERSUS | NO. 23-995 |
| SOCIAL SECURITY ADMINISTRATION | SECTION M (5) |

### ORDER

Considering the pending motion,[1] the record, the applicable law, the magistrate judge's report and recommendation ("R&R"),[2] and the failure of defendant Social Security Administration (the "Commissioner") to file any objections to the R&R, the Court approves the R&R and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that plaintiff's motion for summary judgment (R. Doc. 11) is GRANTED, that the Commissioner's brief (R. Doc. 12) is rejected, and that plaintiff's case is REMANDED for further proceedings consistent with the R&R.

New Orleans, Louisiana, this 14th day of November, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 11.
[2] R. Doc. 13.