UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANI NURU SHERMAN                                            CIVIL ACTION

VERSUS                                                                       NO. 23-995

SOCIAL SECURITY ADMINISTRATION                     SECTION M (5)

**ORDER**

Considering plaintiff Shani Nuru Sherman's unopposed motion for attorney fees as the prevailing party pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412,[1] the Court finds that the amount of attorney's fees ($6,847.50)[2] requested is reasonable. Accordingly,

IT IS ORDERED that the motion is GRANTED, and plaintiff is awarded $6,847.50 in attorney's fees.

Pursuant to the Treasury Offset Program, full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that plaintiff owes no qualifying, pre-existing debt(s) to the Government. If any such debt(s) exists, the Government will reduce the awarded attorney's fees in this Order to the extent necessary to satisfy such debt(s).

New Orleans, Louisiana, this 8th day of February, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 16.
[2] Representing 28.5 attorney hours billed at $230.00 per hour and 3.9 paralegal hours billed at $75.00 per hour. R. Doc. 16-1.